**IN THE UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

————

No. 95-50871
Summary Calendar

————

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

OSCAR MARTINEZ,

Defendant-Appellant.

————

Appeal from the United States District Court
for the Western District of Texas
USDC No. SA-95-CV-498

————

October 23, 1996

Before DAVIS, EMILIO M. GARZA, STEWART, Circuit Judges.

PER CURIAM:[*]

Oscar Martinez appeals from the district court's denial of his motion pursuant to 28

U.S.C. § 2255. Martinez argues that the district court erred by concluding that he was not denied

the effective assistance of counsel on appeal.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

reasons stated by the district court.  <u>See</u> <u>United States v. Martinez</u>, No. SA-95-CA-498 (W.D.

Tex. Nov. 15, 1995).

AFFIRMED.